UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 16 P 12: 33

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0418 |
| WOOD RESOURCES CORPORATION AND ABC INSURANCE COMPANY | * | SECTION "L" |
| | * | MAGISTRATE (2) |

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINES TO SUBMIT EXPERT REPORTS

NOW COMES plaintiff, James Mullen, through undersigned counsel, and moves this Honorable Court for a thirty-day (30) extension of time within which to submit both plaintiff's and defendant's expert reports for the reasons more fully explained in the attached memorandum in support. Defendant's counsel has been contacted and has no objection.

Respectfully submitted:

UNGAR, BYRNE & VANCE

BY: _____
RANDY J. UNGAR (12387)
PAUL N. VANCE (13007)
GEORGE W. BYRNE, Jr. (3744)
DAVID GONTAR (1380)
LORETTA G. CIEUTAT (16860)
365 Canal Street, Suite 2520
New Orleans, La. 70130
(504) 566-1616
(504) 566-1652 (Fax)
ATTORNEYS FOR PLAINTIFF

DATE OF ENTRY
JUN 19 2000



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0418 |
| WOOD RESOURCES CORPORATION AND ABC INSURANCE COMPANY | * | SECTION "L" |
| | * | MAGISTRATE (2) |

**O R D E R**

*Unopposed*

Considering the foregoing Motion to Extend Deadlines for Submitting Expert Reports, and the Memorandum in Support thereof;

IT IS ORDERED that plaintiff's Motion to Extend Deadlines for Submitting Expert Reports be granted and the deadline for submitting plaintiff's expert reports be extended until July 28, 2000, and the deadline for submitting defendant, Wood Resources Corporation's expert reports be extended until August 28, 2000, *conditioned on PTC and trial date being unaffected*.

NEW ORLEANS, LOUISIANA, this 19th day of June, 2000.

_____
UNITED STATES MAGISTRATE JUDGE