

**MINUTE ENTRY**
**FALLON, J.**
**JUNE 23, 2000**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MULLEN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-418** |
| **WOOD RESOURCES CORP., ET AL.** | **SECTION "L" (2)** |

A status conference in the above captioned matter was held in Chambers on this date at

8:30 a.m.  In attendance were George W. Byrne, Jr., for the plaintiff James Mullen and Charles

B. Colvin and Jack C. Benjamin, Jr., for the defendant Wood Resources Corporation.  Discovery

is proceeding on schedule and counsel are confident that the case will be ready for trial on the

date which was selected by counsel at the preliminary conference.  The Court indicated that the

trial date will be enforced.

IT IS ORDERED that counsel for plaintiff contact the United States Magistrate Judge

assigned to this matter for the purpose of arranging a settlement conference on a mutually

acceptable date and time, but not later than thirty (30) days prior to the pretrial conference.

cc: United States Magistrate Judge Joseph C. Wilkinson, Jr.



DATE OF ENTRY

JUN 2 7 2000



Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc.No. _____