```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2000 AUG -7 A  8:57

                                     LORETTA G. WHYTE
                                           CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**AUGUST 4, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MULLEN | CIVIL ACTION |
| versus | NUMBER 00-0418 |
| WOOD RESOURCES CORPORATION | SECTION "L" (2) |

A settlement conference is scheduled in the above-captioned case on Thursday, August 31, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **August 29, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 0 7 2000

