UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0418 |
| WOOD RESOURCES CORPORATION AND ABC INSURANCE COMPANY | * | SECTION "L" |
| | * | MAGISTRATE (2) |

**UNOPPOSED MOTION FOR EXTENSION TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

NOW COMES plaintiff, James Mullen, through undersigned counsel, and moves this Honorable Court for an extension of time, until Friday, September 8, 2000, at 12:00 o'clock noon, within which to file plaintiff's opposition to defendant's Motion for Summary for the reasons more fully explained in the attached supporting memorandum. Defendant's counsel has been contacted and has no objection to the extension of time.

Respectfully submitted:

UNGAR, BYRNE & VANCE

BY: _____
RANDY J. UNGAR (12387)
PAUL N. VANCE (13007)
GEORGE W. BYRNE, Jr. (3744)
DAVID GONTAR (1380)
LORETTA G. CIEUTAT (16860)
365 Canal Street, Suite 2520
New Orleans, La. 70130
(504) 566-1616
(504) 566-1652 (Fax)
ATTORNEYS FOR PLAINTIFF

DATE OF ENTRY
AUG 2 4 2000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid, and properly addressed, this 18th day of August, 2000.

_____
GEORGE W. BYRNE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0418 |
| WOOD RESOURCES CORPORATION AND ABC INSURANCE COMPANY | * | SECTION "L" |
| | * | MAGISTRATE (2) |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

Defendant's counsel has filed a Motion for Summary Judgment, which is set for Hearing on September 13, 2000. Plaintiff's opposition to the motion for summary judgment is due on or before September 5, 2000. Counsel for plaintiff will be out of the office on vacation the week of August 21 and, upon counsel's return to the office, the week of August 28, has a full schedule of depositions, as well as the Labor Day Holiday on September 4, which will not allow him time to properly prepare the opposition for filing with the Court on September 5. Therefore, plaintiff's counsel is

requesting additional time, until Friday, September 8, 2000, by 12:00 o'clock noon, to file the opposition.

                Respectfully submitted:

                UNGAR, BYRNE & VANCE

BY: _____
        RANDY J. UNGAR (12387)
        PAUL N. VANCE (13007)
        GEORGE W. BYRNE, Jr. (3744)
        DAVID GONTAR (1380)
        LORETTA G. CIEUTAT (16860)
        365 Canal Street, Suite 2520
        New Orleans, La. 70130
        (504) 566-1616
        (504) 566-1652 (Fax)
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid, and properly addressed, this ____ day of August, 2000.

                _____
                GEORGE W. BYRNE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0418 |
| WOOD RESOURCES CORPORATION AND ABC INSURANCE COMPANY | * | SECTION "L" |
| | * | MAGISTRATE (2) |

### O R D E R

Considering the foregoing Motion;

IT IS HEREBY ORDERED that counsel for plaintiff is hereby granted an extension of time, until Friday, September 8, 2000, by 12:00 o'clock noon, to file an Opposition to Motion for Summary Judgment.

New Orleans, this 22ND day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE