

**COPY IN CHAMBERS**



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION NO. 00-0418 |
| VERSUS | * | SECTION "L" |
| WOOD RESOURCES CORPORATION | * | MAGISTRATE (2) |

* * * * * * * * * * * * * * * * * * * * *

<u>EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM</u>

Defendant, Wood Resources Corporation, having received the plaintiff's Opposition to the pending Motion for Summary Judgment only on this past Friday, September 8, 2000, seeks leave of this Honorable Court to file a short response to same, attached herewith.

DATE OF ENTRY
SEP 1 4 2000

Respectfully submitted,

HOUSE, KINGSMILL & RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300

Attorneys for Wood Resources Corporation

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION NO. 00-0418 |
| VERSUS | * | SECTION "L" |
| WOOD RESOURCES CORPORATION | * | MAGISTRATE (2) |

* * * * * * * * * * * * * * * * * * * * * *

### O R D E R

**THE FOREGOING MOTION CONSIDERED:**

**IT IS ORDERED THAT** the defendant, Wood Resources Corporation, be granted leave to file the attached Supplemental Memorandum in Support of Motion for Summary Judgment, and that same be filed forthwith.

**NEW ORLEANS, LOUISIANA** this ___ day of _____, 2000.

_____
JUDGE, United States District Court

1