

```
          FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

      SEP 14 2000

     LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 13, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MULLEN** | **CIVIL ACTION** |
| versus | **NUMBER 00-0418** |
| **WOOD RESOURCES CORPORATION** | **SECTION "L" (2)** |

      Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

```
DATE OF ENTRY
  SEP 1 4 2000
```

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE



```
___Fee___
___Process__
 X  Dktd
___CRmDep
   Doc.No._____
```