FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
OCT 10 2000
2000 OCT 10 AM 11: 03
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES MULLEN | * | CIVIL ACTION NO. 00-0418 |
| VERSUS | * | SECTION "L" |
| WOOD RESOURCES CORPORATION | * | MAGISTRATE (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff in the above-captioned matter, James Mullen, and Defendant, Wood Resources Corporation, who move this Court to dismiss this matter, Civil Action No. 00-0418, with prejudice, showing to this Court that this matter has been fully and finally compromised and settled on the _2_ day of _Oct._, 2000, each party to bear their own costs.

Respectfully submitted,

HOUSE, KINGSMILL & RIESS, L.L.C.

By:

Michael R.C. Riess  (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans. Louisiana 70170-3300
(504) 581-3300

\*Attorneys for Defendant,
  Falcon Inland, Inc.

UNGAR & BYRNE

By:

George W. Byrne, Jr., Esq. (#3744)
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616

\*Attorney for Plaintiff, James Mullen

DATE OF ENTRY
OCT 1 2 2000


Fee_____
Process____
X Dktd_____
CtRmDep___
Doc.No._23_

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES MULLEN** | * | **CIVIL ACTION NO. 00-0418** |
| **VERSUS** | * | **SECTION "L"** |
| **WOOD RESOURCES CORPORATION** | * | **MAGISTRATE (2)** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER FOR DISMISSAL

**CONSIDERING THE FOREGOING MOTION,**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter filed by

Plaintiff, James Mullen, and against Defendant, Wood Resources Corporation, is hereby

dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this ___/ /___ day of _____, 2000.

_____
JUDGE

### C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing **Joint Motion to Dismiss** has this

day been served upon all counsel of record by hand, or by depositing same in the United States

mail, postage prepaid and properly addressed this ___9___ day of September, 2000.

_____

00861ta